# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: | Bankruptcy Case No. 06-16403 EEB |
| CENTRIX FINANCIAL, LLC, et al., | |
| Debtors. | Chapter 11 |
| LYNDON PROPERTY INSURANCE COMPANY, | |
| Plaintiff, | **Jointly Administered** |
| v. | |
| CENTRIX FINANCIAL LLC, et al. | Adv. Pro. No. 07-01064-EEB |
| Defendants. | |

## ORDER GRANTING STIPULATED MOTION FOR ENLARGEMENT OF TIME FOR LYNDON PROPERTY INSURANCE COMPANY TO RESPOND TO MOTION FOR WITHDRAWAL OF REFERENCE

THIS MATTER came before the Court on the Stipulated Motion for Enlargement of Time for Lyndon Property Insurance Company to Respond to Motion for Withdrawal of Reference (the "Motion for Enlargement") filed by Plaintiff, Lyndon Property Insurance Company ("Lyndon"), and Defendants, Credit Union of Texas ("CUT"), and Velocity Credit Union ("Velocity"). Based on the representations and the Motion for Enlargement, and for good cause shown, the Motion for Enlargement is GRANTED, and Lyndon is hereby granted an enlargement of time through and including November 16, 2007, within which to respond to the Motion for Withdrawal of Reference and December 6, 2007 is set as the deadline for CUT and Velocity to file their reply.

Dated: October 22, 2007

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge