# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>CENTRIX FINANCIAL, LLC, et al.,<br><br>    Debtors.<br>_____<br><br>LYNDON PROPERTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRIX FINANCIAL LLC, et al.<br><br>    Defendants. | Bankruptcy Case No. 06-16403 EEB<br><br>Chapter 11<br><br>**Jointly Administered**<br><br>Adv. Pro. No. 07-01064-EEB |

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR LYNDON PROPERTY INSURANCE COMPANY TO RESPOND TO VARIOUS PENDING MOTIONS

THIS MATTER came before the Court on the Unopposed Motion for Enlargement of Time for Lyndon Property Insurance Company to Respond to Various Pending Motions (the "Motion for Enlargement") filed by Plaintiff, Lyndon Property Insurance Company ("Lyndon").

Based upon the representations in the Motion for Enlargement, and for good cause shown, the Motion for Enlargement is GRANTED, and Lyndon is hereby granted an enlargement of time, through and including December 21, 2007, within which to respond to the following motions: (1) the motion to dismiss filed by F&A Federal Credit Union (Docket No. #47); (2) the motion to dismiss, for partial summary judgment, and for more definite statement filed by Credit Union of Texas and Velocity Credit Union (Docket No. #55); (3) the motion for withdrawal of reference filed by Credit Union of Texas and Velocity Credit Union (Docket No. 56); and (4) the motion to dismiss filed by Arizona Central Credit Union, First Credit Union, and San Antonio Federal Credit Union (Docket No. 82).

It is further ORDERED that January 28, 2008 is set as the deadline for the Movants to file their reply briefs in support of the foregoing motions.

Dated: November 13, 2007

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge