UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: ) | |
| CENTRIX FINANCIAL, LLC, *et al.*, ) | |
| ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| LYNDON PROPERTY INSURANCE ) | |
| COMPANY, ) | Bankruptcy Case No. 06-16403 EEB |
| ) | Chapter 11 |
| Plaintiff, ) | |
| ) | **Jointly Administered** |
| v. ) | |
| ) | |
| CENTRIX FINANCIAL LLC, *et al.* ) | Adv. Pro. No. 07-01064 EEB |
| ) | |
| Defendants. ) | |

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS CREDIT UNION OF TEXAS AND VELOCITY CREDIT UNION FOR ENLARGEMENT OF TIME TO FILE THEIR:**

1) **RESPONSE TO LYNDON'S RULE 56(F) MOTION AND SUPPORTING AFFIDAVIT SUBMITTED IN OPPOSITION TO CUT/VELOCITY'S MOTION FOR SUMMARY JUDGMENT; AND**

2) **REPLY IN SUPPORT OF THEIR MOTION: (I) TO DISMISS VARIOUS CLAIMS FOR FAILING TO STATE A CLAIM; (II) FOR SUMMARY JUDGMENT ON VARIOUS CLAIMS AND ISSUES; AND (III) FOR MORE DEFINITE STATEMENTS**

THIS MATTER came before the Court on the *Unopposed Motion of Defendants Credit Union of Texas and Velocity Credit Union for Enlargement of Time to File Their 1) Response to Lyndon's Rule 56(F) Motion and Supporting Affidavit Submitted in Opposition to CUT/Velocity's Motion for Summary Judgment* (**"Rule 56(F) Motion"**); and 2) *Reply in Support of Their Motion: (I) to Dismiss Various Claims for Failing to State a Claim; (II) for Summary Judgment on Various Claims and Issues; and (III) for More Definite Statements*, dated January 25, 2008 (**"Motion to Dismiss Reply"**), filed by defendants Credit Union of Texas (**"CUT"**) and Velocity Credit Union (**"Velocity"**). The Court, having considered the Unopposed Motion, and otherwise being fully advised in the premises, finds good cause to grant the Unopposed Motion. Accordingly, it is

HEREBY ORDERED that the Unopposed Motion is GRANTED, and CUT and Velocity have through and including February 25, 2008, to respond to the Rule 56(F) Motion and to file the Motion to Dismiss Reply.

It is further ORDERED that March 11, 2008 is set as the deadline for the filing of Lyndon's reply in support of its Rule 56(F) Motion.

Dated: January 29, 2008

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge