IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00287

In re
CENTRIX FINANCIAL, LLC

Debtors, and

LYNDON PROPERTY INSURANCE COMPANY

Plaintiffs,

v.

CENTRIX FINANCIAL, LLC et al.

Defendants.
_____

**ORDER OF RECUSAL**
_____

This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendants 1st University Credit Union; Allegacy Federal Credit Union; Alta Vista Credit Union; Amarillo Community Federal Credit Union; Carolina Collegiate Federal Credit Union; Charlotte Metro Credit Union; Comala Credit Union; Complex Community Federal Credit Union; Corporate America Family Credit Union; Credit Union 1 of Illinois; Deseret First Federal Credit Union; Financial 21 Community Credit Union; First Service Federal Credit Union; Five Point Federal Credit Union; Great American Credit Union; Hawthorne Credit Union; Landmark Credit Union; Meadows Credit Union; Midland Community Federal Credit Union; Midwest Regional Credit Union; Minnequa Works Credit Union; Mutual Savings

Credit Union; Neighborhood Credit Union; New Horizons Community Credit Union; Norlarco Credit Union; NuMark Credit Union; Patriots Federal Credit Union; San Diego Metropolitan Credit Union; Security Service Federal Credit Union; Texas Dow Employees Credit Union; Texas Partners Federal CU; Utah Central Credit Union; and Valley Credit Union (the "33 Credit Unions").  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  February 21, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge