IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Edward W. Nottingham

| | |
|---|---|
| LaDonne Bush, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: March 21, 2008 |

Civil Action No. 08-cv-00287-EWN

| *Parties:* | *Counsel:* |
|---|---|
| LYNDON PROPERTY INSURANCE COMPANY, | John Parks<br>Gregory Harley<br>Paul O'Hearn |
| Plaintiff, | |
| v. | |
| CENTRIX FINANCIAL LLC, et al, | Bart Burnett, Lawrence Bass, Darrell Daley, Michael Davisson, Lane Cutler, Curt Todd, Randolph Barnhart, Robert Horowitz, Kevin Neiman |
| Defendants. | |

## COURTROOM MINUTES

**Status Conference**

3:42 p.m.     Court in session.

Court's preliminary comments.

Discussion between the Court, Mr. Parks and Mr. Burnett.

**ORDERED**: Motion for Withdrawal of Reference (Doc. 1) is denied without prejudice.

3:49 p.m.     Court in recess.

Hearing concluded.

Time:  00:07